

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-09-00147-CV

IN RE NYAGUDI OKUMU                                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

**MEMORANDUM OPINION**-

------------

The court has considered relator's petition for writ of habeas corpus and is of the opinion that the petition should be dismissed as moot. We have been informed by the trial court that it has directed relator's release from confinement, and the Tarrant County Sheriff has informed us that relator has been released from confinement. Accordingly, relator's petition for writ of habeas corpus is dismissed as moot.

---

[1]*See* Tex. R. App. P. 47.4.

Relator shall pay all costs incurred in this proceeding, for which let execution issue.

PER CURIAM

PANEL:  MEIER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  June 30, 2009